UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BRIAN HAWKS,

                    Plaintiff,

                         **Hon. Hugh B. Scott**

            v.

                       05CV156A

                         **Order**

COMMISSIONER ROCCO DIINA, et al.,

                    Defendants.

        Before the Court is plaintiff's motion to compel production from non-parties, the Erie County District Attorney and Emily Trott, Esq., plaintiff's former criminal defense counsel (Docket No. 19).  Plaintiff did not serve a subpoena pursuant to Fed. R. Civ. P. 45; rather, he served notices to produce documents under Rule 34.   Rule 34 applies to production by a party in an action and not for non-parties.  See Fed. R. Civ. P. 34(c) ("a person not a party to the action may be compelled to produce documents and things or to submit to an inspection as provided in Rule 45"); Hickman v. Taylor, 329 U.S. 495 (1947).  Absent the subpoena, this Court lacks jurisdiction over non-parties the District Attorney and Ms. Trott to compel their production. Therefore, plaintiff's motion is **denied**.

        So Ordered.

                           /s/ Hugh B. Scott
                           Honorable Hugh B. Scott
                           United States Magistrate Judge

Dated: Buffalo, New York
       April 21, 2006