UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRIAN HAWKS,

                Plaintiff,

                                                      ORDER
      v.                                                  05-CV-156A

COMMISSIONER ROCCO DIINA,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 9, 2007, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motions for summary judgment be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motions for summary judgment are granted.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                s/ *Richard J. Arcar*a
                                              HONORABLE RICHARD J. ARCARA
                                              CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT

DATED:  April 28    , 2007